840 A.2d 257

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RAMON GARCIA, DEFENDANT–APPELLANT.

December 4, 2003.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.